In the Matter of the Arbitration between JEWETT SILK CORPORATION, Seller,

Respondent, and B. LINDNER & BRO., INC., Buyer, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, Merrell, Martin, O'Malley and Sherman, JJ.